IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01905-KLM

CHAPTER 1, THE RETIRED ENLISTED ASSOCIATION, INC., a Colorado non-profit corporation,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff''s **Motion to Amend Civil Scheduling Order** [#29][1] (the "Motion"). The Motion is opposed. *Id.* at 1. However, it does not comply with D.C.COLO.LCivR 7.1(d) which states that a contested motion "shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#29] is **DENIED without prejudice**.

    Dated: February 17, 2015

---

[1] "[#29]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.