IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01905-KLM

CHAPTER 1, THE RETIRED ENLISTED ASSOCIATION, INC., a Colorado non-profit corporation,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Renewed, Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff for Sole Purpose of Completing Certain Depositions on April 30th and May 1st** [#37][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Civil Scheduling Order entered on September 10, 2014 [#21] and supplemented on September 16, 2014 [#22], is amended to extend the **Discovery Cut-Off** to **May 1, 2015** for the sole purpose of allowing the parties to complete the following depositions: (1) the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff's public adjusting company; (2) the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff's roofing contractor; (3) and the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff.

    Dated: March 31, 2015

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.